IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the ) | | |
| PIPE FITTERS' RETIREMENT FUND, ) | | |
| LOCAL 597, et. al., ) | NO.: | 07 CV 1167 |
| ) | | |
| Plaintiffs, ) | | |
| ) | JUDGE: | MORAN |
| V. ) | | |
| ) | | |
| FRESH AIRE, INC., ) | MAGISTRATE | |
| ) | JUDGE: | SCHENKIER |
| Defendant. ) | | |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES OF THE PIPE FITTERS RETIREMENT FUND, LOCAL 597, et. al., by and through their attorneys, JOHNSON & KROL, LLC, and this moves this Honorable Court for entry of Final Judgment in favor of Plaintiffs and against the Defendant FRESH AIRE, INC. ("FRESH AIRE") and in support thereof, states as follows:

1. On February 28, 2007, Plaintiffs filed their Initial Complaint in the above-captioned matter.

2. On April 4, 2007, the Summons and Complaint was served on Ms. Catherine Kowski, the Office Manager of Defendant, at Defendant's office located at 4632 138th Street, 2nd floor, Midlothian, Illinois 60445.

3. On May 23, 2007, this Court entered a Default Judgment Order against FRESH AIRE pursuant to Fed. R. Civ. P. 55(a)(b)(2).

4. This case involves unpaid contributions and wage deductions. (Plaintiffs' Complaint, ¶¶ 10-19).

1

5. The amount of contributions and wage deductions owed by the Defendant is determined by the number of hours worked by Covered Employees. (Plaintiffs' Complaint, ¶ 7).

6. Based on the Contribution Reports submitted to Plaintiffs by the Defendant FRESH AIRE, the Defendant owes Plaintiffs $57,764.67 in unpaid contributions for the periods of November of 2003 through January of 2004, and March of 2004 through February of 2006. (See Affidavit of Gregory Watson attached hereto as Exhibit A, and Accounts Receivable Report attached hereto as Exhibit B).

7. Because Defendant FRESH AIRE failed to submit Contribution Reports and payments in a timely manner, liquidated damages have accrued for the delinquent contribution periods of November of 2003 through January of 2004 and March of 2004 through February of 2006, in the amount of $6,158.95. (Exhibit A, Exhibit B).

8. Because Defendant FRESH AIRE failed to submit Contribution Reports and payments in a timely manner, interest charges in the amount of $5,287.58 have accrued during the period of November of 2003 through the present. (Exhibit A, Exhibit B).

9. Defendant FRESH AIRE currently owes the TRUST FUNDS $5,988.88 in attorneys' fees and costs that accrued during the course of collection. (See Affidavit of Barbara C. Long attached hereto as Exhibit C).

10. Plaintiffs respectfully request this Honorable Court enter Final Judgment in favor of Plaintiffs and against the Defendant FRESH AIRE for unpaid contributions, liquidated damages, interest charges, and reasonable attorneys' fees and costs in the amount of $75,200.08.

11. A proposed Final Judgment Order is attached hereto as Exhibit D.

WHEREFORE, Plaintiffs pray that this Court enter Final Judgment in favor of Plaintiffs and against Defendant FRESH AIRE.

                        Respectfully submitted,

                        JOHNSON & KROL, LLC

By:   /s/ Barbara C. Long – #6290072
       One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587